**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1919**

_____

In Re:  TONY WADDLE MCMANUS,

　　　　　　　　Petitioner.

_____

On Petition for Writ of Mandamus.
(1:00-cr-00189-JAB-2; 1:11-cv-00103-JAB-JEP;
1:00-cr-00190-JAB-2)

_____

Submitted:  December 1, 2015　　　Decided:  December 14, 2015

_____

Before MOTZ, KING, and HARRIS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Tony Waddle McManus, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Waddle McManus petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has issued its final order and judgment on the § 2255 motion. Accordingly, because the district court has recently decided McManus' case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED